UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | GENERAL ORDER No. 2007-06 |
| UNCLAIMED MONEYS | ) | |

In accordance with the *Guide to Judiciary Policies and Procedures*, Volume 1, Chapter VII, Part J, 2.6., unclaimed fund balances less than $25 and balances for which an owner or rightful claimant cannot be determined should be transferred to the general fund receipt account for forfeitures of unclaimed moneys (106000). The court's records show that the cases below have unclaimed fund balances that should be transferred to the general fund receipt account (106000).

| | | |
|---|---|---|
| DNEX401CR003020 | USA V Rhonda Smith | $103.21 |
| DNEX897CR00079 | USA V Carolyn Krueger | $137.96 |
| DNEX886CR000015 | USA V Michael Pounds | $4.85 |

**IT IS ORDERED:**

The Clerk of Court shall transfer $246.02 from the restitution fund (6855XX) to forfeitures of unclaimed moneys (106000)

DATED THIS 7th day of May, 2007.

BY THE COURT

*/s/ Joseph F. Bataillon*

Chief U.S. District Judge

| Defendant Name | Case # | Ordered Restitution | Rest Due | Unclaimed Amount | Victim(s) |
|---|---|---|---|---|---|
| Smith, Rhonda | 4:01CR3020 | $942.03 | $942.03 | $16.52 | Chad Restuccio |
| | | $44.92 | $44.92 | $0.77 | David Glancy |
| | | $286.85 | $286.85 | $5.04 | Debra Bussing |
| | | $398.74 | $398.74 | $7.00 | Donald Springer |
| | | $647.96 | $647.96 | $11.34 | Ellison Williams |
| | | $149.53 | $149.53 | $2.59 | Floyd Comstock |
| | | $149.53 | $149.53 | $2.63 | Gary Bates |
| | | $89.84 | $49.84 | $0.88 | Gary Wendelin |
| | | $211.46 | $211.46 | $3.71 | Kathy Ghostdog |
| | | $398.74 | $398.74 | $7.00 | Leona Weber |
| | | $74.76 | $74.76 | $1.30 | Patricia Schwisow |
| | | $19.94 | $19.94 | $0.35 | Rebecca Clark |
| | | $295.43 | $295.43 | $5.18 | Robert Way |
| | | $29.91 | $29.91 | $0.53 | Roy Horton |
| | | $49.84 | $49.84 | $0.88 | Steven Banks |
| | | $199.37 | $199.37 | $3.50 | Steven Jensen |
| | | $1,330.81 | $1,330.81 | $23.31 | Tonja Kister |
| | | $609.22 | $609.22 | $10.68 | William Sornberger |
| | | | | **$103.21** | |
| Krueger, Carolyn | 8:97CR79 | $15,000.00 | $15,000.00 | $20.54 | Denzel Hermsen |
| | | $15,000.00 | $15,000.00 | $20.54 | Barbara Steiner |
| | | $15,000.00 | $15,000.00 | $20.54 | John & Helen Tuveson |
| | | $15,000.00 | $15,000.00 | $20.54 | Carolyn & Larry Nelson |
| | | $13,250.00 | $13,250.00 | $18.21 | Gordon & Colleen Pittenger |
| | | $12,500.00 | $12,500.00 | $17.05 | Mary Arris |
| | | $15,000.00 | $15,000.00 | $20.54 | Melvin & Denise Noble |
| | | | | **$137.96** | |
| Pounds, Michael | 8:86CR15 | $2,918.80 | $2,918.80 | **$4.85** | First Continental Bank |
| | | | | $246.02 | |